UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THEODORE WAYNE JANIS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>YAKAMA NATION CREDIT ENTERPRISE, and JOHN DOES 1-20,<br><br>　　　　　　Defendants. | NO: 13-CV-3053-TOR<br><br>ORDER DISMISSING CASE |

BEFORE THE COURT is a "Notice of Appeal" filed by Plaintiff on May 17, 2013 (ECF No. 1). On August 27, 2013, the Court ordered Plaintiff to show cause on or before September 9, 2013, why this case should not be dismissed for (1) failure to recite the basis for the Court's exercise of subject-matter jurisdiction over the case; and (2) failure to serve the Notice of Appeal upon Defendants. ECF No. 5. The Court further cautioned Plaintiff that failure to respond to the Order to Show Cause on or before September 9, 2013, would result in dismissal of this case with prejudice. ECF No. 5 at 2. As of the date of this Order, no response to the

ORDER DISMISSING CASE ~ 1

1  Order to Show Cause has been filed.  Accordingly Plaintiff's "Notice of Appeal"

2  will be dismissed with prejudice for failure to comply with Rule 8(a).  *See* Fed. R.

3  Civ. P. 8(a)(1) ("A pleading that states a claim for relief must contain a short and

4  plain statement of the grounds for the court's jurisdiction, unless the court already

5  has jurisdiction and the claim needs no new jurisdictional support.").

6  **IT IS HEREBY ORDERED:**

7      Plaintiff's "Notice of Appeal" (ECF No. 1) is hereby **DISMISSED** with

8  prejudice.

9      The District Court Executive is hereby directed to enter this Order, provide a

10  copy to Plaintiff's counsel, and **CLOSE** the file.

11      **DATED** September 11, 2013.

13                            THOMAS O. RICE
                              United States District Judge

ORDER DISMISSING CASE ~ 2